BODDIE, *alias* TINCH, *v.* THE STATE.

GILBERT, J. 1. "In the absence of a request to charge upon confessions and admissions, failure of the court to instruct the jury on those subjects is not ground for the grant of a new trial." *Story* v. *State,* 145 *Ga.* 43 (88 S. E. 548); *Brantley* v. *State,* 154 *Ga.* 80 (113 S. E. 200), and authorities cited.

2. None of the other amendments to the motion for a new trial require the grant of a new trial, and are not of such character as to require special mention.

3. The verdict is supported by evidence.

*Judgment affirmed. All the Justices concur.*

No. 4061. JANUARY 22, 1924.

Murder. Before Judge Roop. Coweta superior court. November 10, 1923.

*Post & Arnold,* for plaintiff in error.

*George M. Napier, attorney-general, William Y. Atkinson, solicitor-general,* and *T. R. Gress, asst. atty.-gen.,* contra.